IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


DANIEL CHRISTOPHER ENGLAND                                                    PLAINTIFF


v.                                          CIVIL NO. 22-CV-1017


KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                               DEFENDANT

**J U D G M E N T**


For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty**

**days from entry of the Judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED** this 25th day of September 2023.


_Christy Comstock_
_____
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE